AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Central District of Illinois

**FILED**
AUG 4 2006  9:25
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**FILED**
AUG 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 06-1197

I, **Xavier Nichols**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **McLean County Detention Facility**

   Are you employed at the institution? **NO**     Do you receive any payment from the institution? **NO**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   "can't remember."

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   "NO."

I declare under penalty of perjury that the above information is true and correct.

7/28/06   X_____
Date         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130159300   **Name:** NICHOLS, XAVIER JAY

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 07/31/06 | COMMISSARY PURCHASE | $0.96 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/24/06 | COMMISSARY PURCHASE | $19 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 07/22/06 | DEPOSIT | $20 | Cash | MORGAN, BRENDA | |
| 07/19/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 07/11/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 07/04/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | ALLEN, GREGORY | |

**Trust Balance:** $0.04

RECEIVED
AUG 4 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Xavier nichols )
**Plaintiff** )
)
vs. ) Case No. 06-1197
)
McLean county )
jail )
_____ )
_____ )
**Defendant(s)** )

## COMPLAINT

■ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Xavier nichols, and states as follows:

My current address is: 104 west front st Bloomington IL 61701

The defendant McLean county jail, is employed as McLean county jail at _____

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐    No (circled)

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
     Yes ☐    No (circled)

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _____ N/A

      Defendant(s) _____ N/A

   2. Court (if federal court, give name of district; if state court, give name of county)

N/A
_____

3. Docket Number/Judge  N/A
_____

4. Basic claim made  N/A
_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)  N/A
_____

6. Approximate date of filing of lawsuit  N/A
_____

7. Approximate date of disposition  N/A
_____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  (Yes)   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  (Yes)   No ☐   If your answer is no, explain why not

_____

_____

_____

C. Is the grievance process completed?  (Yes)   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

# STATEMENT OF CLAIM

Place of the occurrence  104 W. Front MCDF Bloomington, IL. 61701

Date of the occurrence  7/17/06

Witnesses to the occurrence  Todd Kelly, Mark Peterson.

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
    THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

I Xavier Nichols was assault on 7-17-06 by mr. Barr when he came to my Bars in threw his pee in my face mr. Barr was in p.c Block I am in p.c. mr. Barr was not p.c. so he told staff I threw pee in his face so I got a write up. I had my hearing and they found me not guilty for something I did not do he got found guilty for threw pee in my face my witness was there when ... ... ... I told mclean county jail I will to press charges on mr. Barr they told me I can not press charges why I am in mclean county jail. I ask Don't I have a rigth to press charges on someone for assult me that is my rigth to press charges on any one

They pee in my faces. I wrote everbody that work for McLean county jail. They telling me they took care of it. Staff are in violation of rules. officers are suppose to do check ever 30 mins. it say the in the rule book. they in violation at McLean county Jail

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I will like 200,000.00

**JURY DEMAND**    Yes ✓    No ☐

Signed this __28__ day of __July__,
19 __2006__.

*( Signature of Plaintiff )*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Xaver Nichols | 130159300 |
| Address: | Telephone Number: |
| 104 West front st | 309-888-5065 |

7-28-06

# GRIEvance

on the above Date 7-17-06. I was assuit by mr. Barr in mcLean county Jail. when he came to my Bars in thew pee in my face. I call for Staff. so the second time Staff came and ask me what I need I told correction officer scott Baxter mr Barr Just thew pee in my face. so they remove mr Barr for the block. I told co Baxter I will to press charges on mr. Barr for thew pee in my face. so that week I wrote Inmate services to see why mr. Barr was in e block I told Inmate services I am in e block cause I am in p.c. so I wrote to the sergant to see if I can press charges on mr. Barr. sergent hughes said it ain't nothing they can do about when mr. Barr thew pee in my face. so I ask why can I press charges on mr. Barr why I am in mcLean county Jail. I got Request forms back saying they took care of ever thing it is Staff Job to Do check ever 30 mins but on 7-17 -06 officer scott Baxter was not Doing it ever 30 min he was Doing it ever hour. so officer Baxter was in the Door when mr. Barr was about to thew water in my room mr. Barr put it Down when he saw officer Baxter so mr. Barr was walking to the Show saying he will Do it agin so I told officer Baxter mr. Barr thew pee in my face, that he had in a cup. I told officer B. morgan tell sgt hughes I will like to press charges on mr. Barr. Staff at mcLean county Jail Suppose protct there selfs and Inmates. it is a rule violation for staff no Doing ever 30 mins. The hand Book it say staff Do check ever 30 mins on 7-17-06 officer was not Doing that

(1983 suit against state officials для constitutional violations)