E-FILED
Friday, 04 August, 2006  01:16:04 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Xavier Nichols** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 06-1197** |
| **McLean County Jail** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** McLean County Jail at Bloomington, IL.

**WE COMMAND** that you produce the body of **Xavier Nichols**, Register No. **130159300**, who is in your custody at McLean County Jail before the United States District Court on **Tuesday, 8/29/06 at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 4, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/R. Knox_____
        Deputy Clerk