RECEIVED
AUG 15 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

FILED
AUG 15 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Tuesday, 15 August, 2006  11:21:54 AM
Clerk, U.S. District Court, ILCD

06-1197

I am going to DOC I don't no when so that why I was writing to you to see if I can get a day for me telephone call with the judge and the money/paper I got we from June to July cause I have not been here that long the warden came and talk to me and he said United States District Court Central District of Illinois. all was talking about a lawsuit but you people never do it. I had court on 8-11-06 Judge Dozier stat to me that federal building ain't going to do nothing and I told him I fil a lawsuit on mc Lean county jail so now mcLean county workers are harrassing me about now you going to DOC and my lawsuit will not be a open case and now mcLean county jail workers know that they do not let me I can press charg on Mr. Burr Inmate services worker Melinda wrote me and said that. so now mcLean county jail is happy that I will be in DOC cause I want have no case now. write me back and tell me no come please Thank you from Xavier Nichols. warden told me to cont. the states attorney when I get on DOC witness X Mak [signature]