# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Xavier Nichols**

vs.

Case Number: **06-1197**

**McLean County Jail**

 **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C.§ 1915A.

ENTER this 29th day of August, 2006

JOHN M. WATERS, CLERK

s/M. Leininger
BY:  DEPUTY CLERK